**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARIO ENGLAND, | ) | |
| | ) | **Case No.** |
| **Plaintiff,** | ) | |
| | ) | **Judge** |
| v. | ) | |
| | ) | **Magistrate Judge** |
| P.O. R. ALLEN, Individually, and | ) | |
| the CITY OF CHICAGO, | ) | **Jury Demand** |
| a municipal corporation, | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT AT LAW

NOW COMES, the Plaintiff, MARIO ENGLAND, by and through his attorneys, Gregory E. Kulis & Associates, Ltd., and complaining against the Defendants, P.O. R. ALLEN, individually, and the CITY OF CHICAGO a municipal corporation, states as follows:

## COUNT I – EXCESSIVE FORCE

1.     This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, MARIO ENGLAND, and accomplished by acts and/or omissions of the Defendants committed under color of law.

2.     Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3.     The Plaintiff, MARIO ENGLAND, at all relevant times was a United States citizen and a resident of the State of Illinois.

4.     The Defendant, P.O. R. ALLEN, was a duly appointed Chicago Police Officer acting within the scope of employment and under color of law.

1

5. On or about August 13, 2017, the Plaintiff was riding a scooter in the vicinity of 63rd and Vernon in Chicago, Illinois.

6. The Plaintiff, MARIO ENGLAND, was not committing a crime or breaking any laws.

7. The Defendant, P.O. R. ALLEN, without reasonable cause or reasonable suspicion, attempted to stop the Plaintiff.

8. The Plaintiff was not initially aware that they were police, and drove off.

9. The Defendant, P.O. R. ALLEN drove his vehicle and struck the plaintiff.

10. Said use of force was unjustified.

11. Said use of force was unprovoked.

12. Said use of force was excessive.

13. The Plaintiff, MARIO ENGLAND was injured.

14. At all relevant times, the Defendant, P.O. R. ALLEN, was acting pursuant to the customs and policies of the Chicago Police Department.

15. The actions of the Defendant, P.O. R. ALLEN, were intentional, willful and with malice.

16. Said actions of the Defendant, P.O. R. ALLEN, violated the Plaintiff, MARIO ENGLAND'S, Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

17. As a direct and proximate consequence of said conduct of the Defendant, P.O. R. ALLEN, the Plaintiff, MARIO ENGLAND, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering future pain and suffering and disfigurement.

2

WHEREFORE, the Plaintiff, MARIO ENGLAND, prays for judgment in his favor and against the Defendant, P.O. R. ALLEN, in an amount of fair and reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT II - INDEMNIFICATION

1-17. The Plaintiff, MARIO ENGLAND, hereby re-alleges and incorporates herein his allegations of paragraphs 1-17 of Count I as though fully set forth herein.

18. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

19. At all times relevant, the Defendant, P.O. R. ALLEN, is or was an employee of the City of Chicago, and the Defendant Officer acted within the scope of his employment in committing the misconduct described herein.

WHEREFORE, should the Defendant be found liable for any of the acts alleged above, the Defendant, CITY OF CHICAGO, would be liable to pay the Plaintiff any judgment obtained against said Defendant, P.O. R. ALLEN, in an amount of fair and reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

## JURY DEMAND

The Plaintiff, MARIO ENGLAND hereby requests a trial by jury.

Respectfully submitted,
MARIO ENGLAND
/s/ Gregory E. Kulis_____
Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830
Atty. No. 6180966

3